Matter of Bell (2026 NY Slip Op 00300)

Matter of Bell

2026 NY Slip Op 00300

Decided on January 22, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 22, 2026

PM-12-26
[*1]In the Matter of Felix Daniel Bell III, an Attorney. (Attorney Registration No. 3972031.)

Calendar Date:January 20, 2026

Before:Garry, P.J., Clark, Pritzker, Powers and Corcoran, JJ.

Felix Daniel Bell III, Raleigh, North Carolina, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Felix Daniel Bell III was admitted to practice by this Court in 2001 and lists a business address in Raleigh, North Carolina with the Office of Court Administration. Bell now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Bell's application.
Upon reading Bell's affidavit sworn to November 20, 2025 and filed November 28, 2025, and upon reading the January 12, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Bell is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Clark, Pritzker, Powers and Corcoran, JJ., concur.
ORDERED that Felix Daniel Bell III's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Felix Daniel Bell III's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Felix Daniel Bell III is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Bell is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Felix Daniel Bell III shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.